NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7086

TORE O. ARNESEN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0444, Judge Alan G. Lance, Sr.

ON MOTION

Before MAYER, CLEVENGER, and RADER, <u>Circuit Judges</u>.

PER CURIAM.

## O R D E R

Tore O. Arensen moves for panel reconsideration and reconsideration en banc of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for panel reconsideration is denied. The request for en banc reconsideration will be circulated to the full court.

FOR THE COURT

DEC 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK

cc: Tore O. Arnesen
John S. Groat, Esq.

s20